IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01559-RBJ-NRN

CALVIN JOHNSON,

    Plaintiff,

v

TONYA WHITNEY,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order by Judge R. Brooke Jackson (**ECF 146)** filed on January 21, 2020, ADOPTING the Report and Recommendation of the Magistrate Judge **(ECF 138)** to GRANT Defendant's Motion to Dismiss for Lack of Prosecution **(ECF 135)**, it is

ORDERED that the case is DISMISSED with prejudice in accordance with ECF 146.

The case will be closed.

DATED this 21st day of January, 2020.

                                          ENTERED FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          s/Patricia Glover
                                              Deputy Clerk